# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

PANAMERICAN TELEPHONE CO. INC., et al.,

   Plaintiff

vs.

MUNICIPALITY OF SAN JUAN

   Defendant

Civil Case No. 09-1256 (ADC)

**PARTIAL JUDGMENT**

The Court, through the Honorable Aida M. Delgado-Colón, Chief U.S. District Judge, issued an Order on March 30, 2012.

Therefore, pursuant to the Court's Order, Partial Judgment is hereby entered accordingly.

The complaint as to Ronald E. Massie is **HEREBY DISMISSED.**

**IT IS SO ORDERED AND ADJUDGED.**

In San Juan, Puerto Rico, this 30th day of March, 2012.

                                      FRANCES RIOS DE MORAN
                                      Clerk of the Court

                                      By: s/Sarah V. Ramón
                                           Sarah V. Ramón, Deputy Clerk