# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

PANAMERICAN TELEPHONE CO, INC., et al.

   Plaintiff

Civil Case No. 09-1256 (ADC)

  vs.

MUNICIPALITY OF SAN JUAN, et al.,

   Defendant

## JUDGMENT

The Court, through the Honorable Aida M. Delgado-Colón, Chief U.S. District Judge, issued an Opinion and Order on April 2, 2012.

Therefore, pursuant to the Court's Opinion and Order, Judgment is hereby entered accordingly. The following claims are **DISMISSED WITH PREJUDICE:**

- Plaintiff's Healey's claims as to co-defendants Santini, Municipality of San Juan and Phoneworks.
- Plaintiffs' Antitrust Claim as to co-defendants Santini and Municipality of San Juan.
- Plaintiffs' FTA Claim as to co-defendants Santini and Municipality of San Juan
- Plaintiff Molina's Section 1983 Claim as to co-defendant Santini
- Plaintiffs' Tariff Act Claim as to co-defendants Municipality of San Juan and Santini.

**IT IS SO ORDERED AND ADJUDGED.**

In San Juan, Puerto Rico, this 4th day of April, 2012.

                          FRANCES RIOS DE MORAN
                          Clerk of the Court

                          By: s/Sarah V. Ramón
                          Sarah V. Ramón, Deputy Clerk